USCA1 Opinion

 

 November 19, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-1395 NORMAN E. DICKINSON, Plaintiff, Appellant, v. ORAM LAWRY, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Morton A. Brody, U.S. District Judge] ___________________ ____________________ Before Selya, Boudin and Stahl, Circuit Judges. ______________ ____________________ Norman E. Dickinson on brief pro se. ___________________ ____________________ ____________________ Per Curiam. Because plaintiff's complaint fails to __________ assert facts necessary to sustain a 1983 claim, we summarily affirm the magistrate judge's recommended dismissal filed on March 12, 1993, accepted and confirmed by the district court on March 31, 1993.